**Order entered September 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01386-CR

### ASHLEY DANIELLE SIEBERT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 6
Dallas County, Texas
Trial Court Cause No. MA16-59378-G**

## ORDER

Before the Court is appellant's September 5, 2019 amended third motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before October 7, 2019.

Appellant is cautioned that the failure to file a brief by that date may result in the appeal being abated for a hearing under appellate rule 38.8(b)(3). *See* TEX. R. APP. P. 38.8(b)(3).

/s/    LANA MYERS
       JUSTICE